**No. 10-5933. Leobardo Villarreal, Petitioner v. United States.**

562 U.S. 942, 131 S. Ct. 360, 178 L. Ed. 2d 232, 2010 U.S. LEXIS 7234.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 376 Fed. Appx. 467.